OPINION — AG — (1) THE OKLAHOMA CONSTITUTION ARTICLE X, SECTION 9(A) IS NOT VIOLATED BY 19 O.S. 1979 Supp., 215.14 [19-215.14] RELATING TO OPERATING EXPENSES OF THE OFFICE OF DISTRICT ATTORNEY; 26 O.S. 1974 Supp., 3-104 [26-3-104], 26 O.S. 1974 Supp., 3-105, [26-3-105] RELATING TO COST INCURRED BY COUNTY ELECTION BOARDS; 10 O.S. 1971 130.5 [10-130.5], RELATING TO THE OPERATION AND MAINTENANCE OF HOMES ESTABLISHED FOR THE DETENTION OF JUVENILES; OR 10 O.S. 1979 Supp., 1207 [10-1207], RELATING TO BUDGETARY EXPENSES OF HOMES EXISTING UNDER THE JUVENILE DIVISIONS OF THE DISTRICT COURT WITHIN THE COUNTY. (2) 10 O.S. 1971 175.11 [10-175.11], IMPOSING A MANDATORY DUTY ON COUNTY EXCISE BOARDS TO APPROPRIATE THE NET PROCEEDS OF A SPECIFIED PORTION ON THE ASSESSED VALUATION OF THEIR RESPECTIVE COUNTIES TO CARE FOR CRIPPLED CHILDREN ACCEPTED BY THE OKLAHOMA PUBLIC WELFARE COMMISSION, RESULTS IN A LEVY OF AD VALOREM TAXES FOR STATE PURPOSES, AND VIOLATES THE OKLAHOMA CONSTITUTION ARTICLE X, SECTION 9(A) CITE: 10 O.S. 1949 Supp., 172.13 [10-172.13], 10 O.S. 1971 130.5 [10-130.5] [10-130.5], 10 O.S. 1971 130.5 [10-130.5], 10 O.S. 1971 172.17 [10-172.17], 10 O.S. 1971 172.18 [10-172.18] 10 O.S. 1971 175.5 [10-175.5], 10 O.S. 1971 175.7 [10-175.7], 10 O.S. 1971 175.8 [10-175.8], 10 O.S. 1971 175.10 [10-175.10], 10 O.S. 1971 1207 [10-1207], ARTICLE X, SECTION 2, ARTICLE X, SECTION 3, ARTICLE X, SECTION 9, ARTICLE XVII, SECTION 3, ARTICLE XXI, SECTION 1 (REVENUE AND TAXATION, COUNTIES, CHILDREN, PUBLIC INSTITUTIONS, ELECTIONS) (JOHN PAUL JOHNSON) 10 O.S. 1207 [10-1207](D) ** SEE: OPINION NO. 88-010 (1988)